**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
July 10, 2025
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| In Re: | Sandra Dee Urbach | |
| | **Debtor(s)** | Case No.: 25–30088 |
| | | Chapter: 13 |

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Tiffany D Castro is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 7/10/25

_____
Jeffrey P. Norman
United States Bankruptcy Judge